IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02650-CBS

ALAN LEE PETTYJOHN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Craig B. Shaffer on March 28, 2016, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final decision is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Alan Lee Pettyjohn.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear his or her own attorney fees and costs.

    DATED at Denver, Colorado this  28th   day of March, 2016.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK



    s/ N. Marble
    N. Marble,
    Deputy Clerk